Case 2:19-cv-00999-LSC   Document 1   Filed 06/26/19   Page 1 of 15

FILED
2019 Jun-26 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

1 OF 9

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

2019   26 A 9:48

JAMES AGGREY-KWEGGYIRR ARUNGA,  }
HENRY ALLEN SMITH/SMITH'S FAMILY }
AND ALL OTHER PLAINTIFF-VICTIMS, }   2:19-cv-00999-JHE
SIMILARLY, SITUATED--Plaintiffs  }
                                 }
v.                               }   Case No.:_____
                                 }   (to be filled in by the Clerk's Office)
DNC-CULT OCHLOCRACY; DNC-"CRAZY DE-}
MOCRATS"; DNC-CULT OCHLOCRACY OFDNC}  JURY TRIAL ■ Yes  ☐ No
"CRAZY DEMOCRATS"  BARACK HUSSEIN  }
OBAMA, JOSEPH BIDEN; RUTH GINSBURG,}
ACLU, MICHAEL MCSHANE, ANN AIKEN;  }
WILLIAM JEFFERSON CLINTON, HILLARY }
RODHAM/HILLARY RODHAM CLINTON:     }
NANCY PELOSI, CHUCK SCHUMER; LONA. }
BRYSON, SANDY ALEXANDER, JOHN ALE- }
XANDER, ET AL---------Defendants** }

## 21ST CENTURY CLASS ACTION
## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A. Plaintiffs:  Name--James Aggrey-Kweggyirr Arunga, Pro se

   Address--Post Office Box 11521

   Eugene, Oregon, 97440-371

   Telephone--541  225  7591


   Name--Henry Allen Smith, Pro se

   Address--Post Office Box 11521

   Eugene, Oregon, 97440-3721

   Telephone--541  225  7591

** See Attached

Plaintiffs cont. 1(i) OF 9.

## DECLARATION OF PALINTIFFS/COMPLAINANTS AS VICTIMS, IN THEIR COMPLAINED CAPACITIES.

1. Listed and representing others that are unlisted in this complaint, declare under penalty of perjury that we are the victims, complainants, Plaintiffs; that we shall be referred to, herein also, as Plaintiff-victims and or victim-Plaintiffs.

2. That, we have not, are not, and will not be affiliated with any organized group--mobs, which concert(ed) with each other, and or conduct(ing) criminal and tortfeasors' acts, actions and activities, against people including victims-complainants and Comity-Government of the United States of America.

3. That over 5+(plus) years, past, we the victims have lived at, and have made Shamrock MBH Village our permanent Home. And that we have met and continue to meet, timely, our residential agreement-obligations, according to Shamrock MB Village rules, regulations and policies as required by Federal and States Laws.

4. That, victims do not believe in crimes/criming; tortfeasors and civil violations that are violative of the Constitution and Law of the Land.

5. That, at no time within 5+(plus) years have victims caused problem at/on Shamrock MB Village property.

6. WE ARE, RESPECTIVELY, SENIOR DISABLED HUMANITARIAN AND SENIOR DISABLED VETERANS--VICTIMS-COMPLAINANTS.

SO DECLARED AND, DATED ON JUNE 24, 2019, BY:

_____          AND   _____
JAMES AGGREY-KWEGGYIRR ARUNGA              HENRY ALLEN SMITH
Plaintiff Pro se                            Plaintiff Pro se

B. Defendants:  
1(iii) OF 9

1. Democratic National Committee
   DNC-Cult Ochlocracy of DNC-"Crazy Democrats
   Post Office Box 10522
   Birmingham, Alabama, 32502

2. Democratic National Committee
   DNC-Cult Ochlocracy of DNC-"Crazy Democrats
   430 South Capital Street, SE
   Washington, DC 20003

3. Barack Hussein Obama
   Post Office Box 91000
   Washington, DC 20066

4. Joseph Biden
   918 Pennsylvania Avenue, SE
   Washington, DC 20003

5. Hillary Rodham-Clinton
   Post Office Box 5256
   New York, NY 10185

6. William Jefferson Clinton
   55-West 125th Street
   New York, NY 10027

7. Chuck Schumer
   U.S. Courthouse Federal Building
   100 South Clinton Street
   Syracuse, NY 13261

8. Nancy Pelosi
   90-7th Street, Suite# 2-800
   San Francisco, CA 94103

9. American Civil Liberty Union
   ACLU, 125 Broad Street, 18th Floor
   New York, NY 10004

10. Ruth Ginsburg, Chambers of
    "SCOUTUS"
    1 First Street, NE
    Washington, DC 20543

11. Stephen Breyer, Chambers of
    "SCOUTUS"
    1 First Street, NE
    Washington, DC 20543

12. Elena Kagan, Chambers of
    "SCOUTUS"
    1 First Street, NE
    Washington, DC 20543

Pro Se General Complaint for a Civil Case (Rev.10/16)

B. Defendant:
I(iv) OF 9

13. Ann Aiken, Chambers of
    405 East 8th Avenue
    Eugene, OR 97401

14. Michael McShane, Chambers of
    405 East 8th Avenue
    Eugene, OR 97401

15. Clara L. Rigmaiden
    Lane County
    P.O. Box 5301
    Eugene, OR 97405

16. Taunya James
    1015 Willamette Street
    Eugene, OR 97401

17. Sand Alexander
    Office, Shamrock Village
    4531 Franklin Blvd.
    Eugene, OR 97403

18. John Alexander
    Office, Shamrock Village
    4531 Franklin Blvd.
    Eugene, OR 97403

19. Lona Bryson
    Shamrock Village
    BldgSpace#-14
    4531 Franklin Blvd.
    Eugene, OR 97403

20. Patrick Bryson
    Shamrock Village
    BldgSpace#-14
    Eugene, OR 97403

21. Sherry Wendell
    Shamrock Village
    BldgSpace#-D
    4531 Franklin Blvd.
    Eugene, OR 97403

22. Joleen Littlefield
    Shamrock Village
    BldgSpace#-D
    4531 Franklin Blvd.
    Eugene, OR 97403

23. Oceaona Eaton
    Shamrock Village
    BldgSpace#-D
    4531 Franklin Blvd.
    Eugene, OR 97403

B. Defendants:
1(v) OF 9

24. Steven Ryan
    Shamrock Village
    BldgSpace#-D
    4531 Franklin Blvd.
    Eugene, Or 97403

25. "HIT VAGABONDPERPETRATOR"
    WENDELL-LITTLEFIELD-EATON
    Shamrock Village
    BldgSpace#-D
    4531 Franklin Blvd.
    Eugene, OR 97403

26. C. Williamson
    Shamrock Village
    BldgSpace#-25
    4531 Franklin Blvd
    Eugene, OR 97403

27. Victoria McGowen
    Shamrock Village
    4531 Franklin Blvd
    Eugene, OR 97403

28. Martin Desmond
    Shamrock Village
    4531 Franklin Blvd.
    Eugene, OR 97403

Defendants cont. 1(ii) )F 9.

## PERPETRATORS, IN THEIR PERPETRATING CAPACITIES

1. Listed and representing others that are HATE VAGABONDS-AFFILIATES-PERPETRATORS are, herein, declared and the same shallbe referred to as HATEVAGABONDPERPETRATORS and or HVP(known/unknown).

2. That, HVP are engaged in the businesses of illegal drugs including blackmarketing marijuana and human traffickings.

3. That said HVP are illegally housed on Shamrock MBH property, 4531 Franklin Blvd, Eugene, OR97403.

4. That said HVP live on Shamrock MBH Village property at: Space-A(with their vehs.LcPlates#sOR-YQP114 and 787HTM, driven or parked in their designated space).

5. That said HVP live on Shamrock MBH Village property at: Space-D(with their vehs.LcPlates#sOR-570GYV, YVJ096 and 646KQT, driven or parked in their designated space).

6. That said HVP live on Shamrock MBHVillage property at:Space-3(with their vehs.LcPlates#sOR-861BBN and WA-8BIW783, driven or parked in their designated space).

7. That said HVP live on Shamrock MBH Village property at: Space-14 & 18(with their veh.LcPlate#OR-XGW427, driven or parked their designated space).

8. That said HVP live on Shamrock MBH Village property, at: Space-15(with their veh.LcPlate#CA-7SRL045, driven or parked in their designated space).

9. That said HVP live on Shamrock MBH Village property, at: Space-23(with their veh.LcPlate#WA-AQM2423drive or parked in their designatedspace).

10. That said HVP live on Shamrock MBHVillage property at: Space-25(with their trailer LcPlate# HD24220 parked in their designated space).

11. Clara L.Rigmaiden, Gari Williamson, John and Sandy Alexander; Martin J. Desmond and Victoria Megowan, harbor and house said HVP by operating a bagnio-sanctuary harboring HVP on Shamrock MBH Village property.

12. That said HATE-VAGABONDS-AFFILIATES-PERPETRATORS (HVP) ARE MEMBERS OF AND REPRESENT NATIONWIDE DNC-CULT OCHLOCRACY, AND OR DNC-CULT OCHLOCRACY OF "CRAZYDEMOCRATS"

Pro Se General Complaint for a Civil Case (Rev. 10/16)

2 of 9

## BASIS FOR JURISDICTION

II-A: Plaintiffs' Class Action Complaint imparts civil violations in tort raising a Constitution-federal Question, under Section 1331, Title 28 USC.; CLASS ACTION, F.R,CIV. P., RULE 23.

II-B: Defendants, in the existence of their vicious fainaiguing capacity, to deprive and depriving plaintiffs' personal and property Rights issued to this Court, Constitutional judicial proceeding(s), for malicious and deterrent retributions; equal protection and robustly sustaining the American Moral and nonDelegability-power, dehors, under Statutory Provisions of 18USC, Sections 241 and 242 et seq.; 245 and 249 et seq.; United States Constitution, Amendments I, and XIV, Section 5; Article I, Section 9(3). Holy Bible and WRITS of NonDelegability-power, Dehors, left intact for Democracy of Comity-Government of/by/for "We the people et al. Denoted Writs:   1620AD-Plymouth Colony/Mayflower Compact.
1774AD-First Continental Delegation Congress.
1775AD-Second Continental Delegation Congress.
1776AD-Action of Second Continental Congress.
1787AD-The Constitution of the United States.
1787-1788AD-The Federalist Papers.  and,
1791AD-Bill of Rights.

Moral Code:   Exodus20:1-17, HolyBible.

III. STATEMENT OF CLAIMS

1. Defendants; Michael McShane and DNC-"Crazy Democrats", in concert with and within each other--Scoutus Dictum-forum for Expulsion Fuzes, issued concerted maundering decisions denying plaintiffs pro se, James Aggrey-Kweggyirr Arunga, Henry Allen Smith and all others, their Due Process and Equal Protection Benefits of the Law, on March 18, and June 3, 2019.

2. Defendants: Sandy Alexander, John Alexander, Lona Bryson, Patrick Bryson; Sherry Wendell, Joleen Littlefield, Steven Ryan, Oceaona Eaton and "Hit vagabondperpetrator" (in pick-up truck, orange white body, with Mazdastolen Oregon License Plate#OR-357SLA), in concert with DNC-"Crazy Democrats" within each other, viciously, trespassed and assaulted plaintiffs James Aggrey-Kweggyirr

Arunga, Henry Allen Smith and all others on plaintiffs' property-- Shamrock Village, 4531 Franklin Blvd., Eugene, OR 97403; denying said Plaintiffs pro se their claims for their personal and property Benefits-use and dwellings rights, on March 24, May 25, and June 3, 2019.

3. Defendants: C. Williamson, Martin Desmond, Victoria McGowen; Sandy Alexander, John Alexander, Lona Bryson, Thunder and Sherry Wendell; Joleen Littlefield, Steven Ryan, and O. Eaton, in concert with DNC-"Crazy Democrats" within each other (a) viciously trespassed; heinously, assaulted and hatefully, slurred at

plaintiff James Aggrey-Kweggyirr Arunga, "shut-up nigger" denying plaintiff his personal and property Benefits. Defts (b) viciously, trespassed; heinously, assaulted so hatefully, and physically, injured plaintiffs--Arunga, Smith and Smith's Family; denying said plaintiffs their claims for the Benefits of their personal and property rightful use, on September 30, October 1, 2018; November 18, 19, 20, 2018; December 25, 2018; March 24, May 25 and June 1, 2019, respectively.

4. Defendants Joleen Littlefield, Steven Ryan, Oceaona Eaton, Peggy Richard, in concert with Clara L. Rigmaiden and DNC-"Crazy Democrats" issued

a final hateful decision denying Plaintiff Henry Allen Smith his claim for Due Process and Equal Protection Benefits (of the Law), on October 26, 2018.

5. Defendants: (a) Joleen Littlefield, Steven Ryan, Sherry Wendell and Oceaona Eaton, in concert within each other; and, with

   (b) Sandy Alexander, John Alexander, Lona Bryson, Patrick Bryson, Martin Desmond and Victoria McGowen, in concert within each other; and, with

   (c) C. Williamson, Taunya James, Peggy Richard, Clara L. Rigmaiden and Michael McShane, in concert within each other; and, all (a-b, supra), collectively, in concert with DNC-"Crazy Democrats issued heinous hateful obstruction-of-justice final decisions denying plaintiffs' claims for (i) Due Process Benefits; and (ii) for malicious damages and retribution Benefits in the amount of over $5.5Million, on March 18 and June 3, 2019, respectively.

6. Defendants: DNC-"Crazy Democrats"--Barack Hussein Obama, Joseph Biden, in their witchcraft shadow government administrations, and in concert within each other and with above enumerated defendants 1-5, issued disturbing decisions, on August 25-28, 2008 and September 4-5, 2012 denying National Security claims for Plaintiffs' Benefits of Democracy of/by/for we the people...our posterity--James Aggrey-Kweggyirr Arunga, Henry Allen Smith and his Family; all other plaintiff-victims and allies of the United States of America.

7. Defendants: DNC-"Crazy Democrats"--Nancy Pelosi, Chuck Schumer, in their Haitianhoodoo-lulu-yoyo Senate-House Congress, in concert within each other and with all above enumerated defendants 1-6, issued heinous final decisions, on June 9 and 11, 2019, to wit: socialized agenda platforms and sodogomorrean androgynous

carnaling mental bevior abnormalities cult; organized human lives' killing(abortion); planned-parenthood money laundering schemes denying health education fair costs' claims and DNA(Life) Claim for DNA-Living colorblind heterogenerational marriage propagations of worldwide Nations and Nationalities' Benefits of plaintiffs and all others, similarly, situated.

8. Defendants: DNC-Cult Ochlocracy of "Crazy Democrats"-- William Jefferson Clinton, Hillary Rodham Clinton and "Crazy Democrats" as "Haman-Zerish remnant cult" issued unAmerican decision to use Oval Office as a bagnio;a very serious federal crime denying, on July 25-26, 2016; on July 13-16, 1992 and, August 26-29, 1996 victims' claims for the Benefits of Oval Office designated use of/by/for we the people...posterity --James Aggrey-Kweggyirr Arunga, Henry Allen Smith and the Smiths; all plaintiff-victims and allies of the United States of America.

9. Defendants: Ruth Ginsburg, Stephen Breyer, Elena Kagan, DNC-Scoutus Dictum-forum and Expulsion Fuzes; American Civil Liberty Union(ACLU), Ann Aiken and Michael McShane and Clara L. Rigmaiden --DNC-"Crazy Democrats"; legal procedure expulsions fainaiguings fuzers, issued decisions denying plaintiffs' claims for the Due Process and Equal Protection-Benefits on June 3, 2019; October 26, 2018; August 10, 2010; August 3, 1994 and August 10, 1993.

## 21ST CENTURY CLASS ACTION

Plaintiffs for the Democracy of Comity-Government of/by/for we the people...our posterity--James Aggrey-Kweggyirr Arunga, Henry Allen Smith and his Family; and, all plaintiff-victims and allies of

the United States of America, raise a Federal Question Class Action lawsuit under Title 28USC, Section 1331; Federal Rules of Civil Procedure, Rule 23 et seq., arising from 1791-Bill of Rights, First and XIV Amendments of the United States Constitution; to the Statutory, Constitutional and denoted Writs, dehors, supra, declare on merits: RELIEF, fully, favoring the litigants and other designated indispensable party-plaintiffs, similarly, situated,

-against-

DNC-Cult Ochlocracy; DNC-"Crazy Democrats"--DNC-Cult Ochlocracy of DNC-"cracy Democrats: Defendants Ruth Ginsburg, Stephen Breyer, Elena Kagan, DNC-Scoutus Dictum-forum; Defendants ACLU, Ann Aiken, Michael McShane, Clara L. Rigmaiden; Defendants William Jefferson Clinton, Hillary Rodham/Hillary Rodham Clinton, DNC-"crazy Democrats" aka"Haman-Zerish remnant cult"; Defendants Nancy Pelosi, Chuck Schumer, DNC-"Crazy Democrats" Haitianhoodoo-lulu-yoyo Senate-House Congress; Defendants Barack Hussein Obama, Joseph Biden, DNC-"Crazy Democrats"-witchcraft shadow government administrations aka "Jeroboam cult"; and, DNC-"Crazy Democrats" Jimmy Carter-Shah-Khomenei-Hamas-MoslemBrothers-SmaliPirates-IranianSquad and heresy-Expulsions Fuzes aka "Man of God of Judah". Defendants: Joleen Littlefield, Steven Ryan, Sherry Wendell, Oceaona Eaton, DNC-"Crazy Democrats"; Sandy Alexander, John Alexander, Lona Bryson, Patrick Bryson, DNC-"Crazy Democrats"; Defendants: C. Williamson, Taunya James, Vagabond-hitperpetrator, DNC-"Crazy Democrats", M.Desmond, V.McGowen, Defendants

## RELIEF

Plaintiffs' pleadings and on merits request this Court to declare, fully, favorable to them that Defendant DNC-Cult

Ochlocracy, and defendant-tortfeasors or DNC-Cult Ochlocracy of DNC-"Crazy Democrats" as herein enumerated above would issue as unAmerican; banned and rejected as repugnant to the denotedly cited Writs of NonDelegability-power, Dehors; Provisions of United States Constitution and Statutory Provisions involved to the Exodus20:1-17, HolyBible Moral Code.

Plaintiffs request that the Jury finds in their favor:

1. $5.5Million in favor of each plaintiff--Arunga, Smith and Smith's Family, against each named defendants/defendant-tortfeasors, herein, listed, in sustained maliciousdamages.
2. $9.5Billion in deterrent retributions in favor of James Aggrey-Kweggyirr Arunga, Henry Allen Smith and Smith's Family; Democracy of the United States Comity-Government of/by/for we the people designated programs.
3. $400.00 and other costs in reimbursements.

      Respectfully submitted on 24th day of June, 2019, by:

      _____  _____
      JAMES AGGREY-KWEGGYIRR ARUNGA  HENRY ALLEN SMITH

      LITIGANTS--ARUNGA & SMITH, PRO SE

           P.O.BOX 11521
          EUGENE, OR 97440-3721
         TELEPHONE: 541-225-7591

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Page 9 cont.

## IV. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  JAMES           Last Name  ARUNGA

Mailing Address  POST OFFICE BOX 11521

City and State  EUGENE, OR             Zip Code  97440-3721

Telephone Number  541  225  7591

E-mail Address  NON

Signature of plaintiff _____

Date signed  JUNE 24, 2019

First Name  HENRY           Last Name  SMITH

Mailing Address  POST OFFICE BOX 11521

City and State  EUGENE OR              Zip Code  97440-3721

Telephone Number  541  225  7591

E-mail Address  NON

Signature of plaintiff _____

Date signed  JUNE 24, 2019